UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

In Re:                                    CASE NO: 11-27069-JKO

Alejandro Pellon                          CHAPTER ( ) 7 or (X)13
Doris Pellon-Fernandez

Debtor(s).

### NOTICE OF FILING CERTIFICATE OF COMPLETION

### OF BUDGET BRIEFING SESSION WITH CERTIFIED CREDIT COUNSELOR AS REQUIRED BY 11 U.S.C. §§ 109(h) AND 521 (b)(1)

Debtor(s), by and through undersigned counsel, hereby files the Certificate of Completion of an Individual Budget Briefing Session, as required by 11U.S.C. §§109(h) and 521(b)(1).

_____
Patrick L. Cordero, P.A.
Counsel for the Debtor(s)
198 N.W. 37th Avenue
Miami, FL 33125
**(305) 445-4855**

### CERTIFICATE PURSUANT TO
#### LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Certificate Number: 02645-FLS-CC-014671369



02645-FLS-CC-014671369

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 27, 2011</u>, at <u>4:25</u> o'clock <u>PM EDT</u>, <u>Alejandro Pellon</u> received from <u>A 123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>April 27, 2011</u>          By:    <u>/s/Cintia Serrano for Elizabeth N Garcia</u>

                                   Name:  <u>Elizabeth N Garcia</u>

                                   Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 02645-FLS-CC-014671379



02645-FLS-CC-014671379

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 27, 2011</u>, at <u>4:25</u> o'clock <u>PM EDT</u>, <u>Doris Pellon</u> received from <u>A 123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 27, 2011</u>          By:   <u>/s/Cintia Serrano for Elizabeth N Garcia</u>

                                  Name: <u>Elizabeth N Garcia</u>

                                  Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).